IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL FINNEY,<br>    Petitioner | )<br>)<br>) |
| vs. | ) Civil Action No. 05-593<br>) Judge Gary L. Lancaster/ |
| FRANKLIN J. TENNIS; ALBERT<br>DUDASH, D.A., The District Attorney<br>of Beaver Co.; THE ATTORNEY<br>GENERAL OF THE STATE OF<br>PENNSYLVANIA,<br>    Respondents | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_____
GARY L. LANCASTER
United States District Judge
DATED: 4-6-06

cc: Honorable Amy Reynolds Hay
   United States Magistrate Judge

   Joel Finney
   DA-7343
   SCI Rockview
   Box A
   Bellefonte, PA 16823

   Ahmed Aziz
   Office of the District Attorney
   Beaver County Courthouse
   Beaver, PA 15009